UNITED STATES of America,
Plaintiff-Appellee,

v.

Jorge Martin Martinez MENDOZA,
Defendant-Appellant.

No. 16-11382
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(November 30, 2017)

Holly Lynn Gershow, Cherie Krigsman, Linda Julin McNamara, Arthur Lee Bentley, III, James C. Preston, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Valarie Linnen, Valarie Linnen, Esq, Atlantic Beach, FL, for Defendant-Appellant

Before MARCUS, ROSENBAUM and ANDERSON, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily).